# United State District Court
# Northern District of New York
# Civil Judgment

_____

ENGINEERS JOINT WELFARE, PENSION, SUPPLEMENTAL
UNEMPLOYMENT BENEFIT AND TRAINING FUNDS, *by Daniel
P. Harrigan, as Administrator*; OPERATING
ENGINEERS LOCAL 17 TRAINING FUND, *by
Frederick Eye, as Administrative Manager*;
CENTRAL PENSION FUND OF THE INTERNATIONAL UNION
OF OPERATING ENGINEERS AND PARTICIPATING EMPLOYERS,
*by Michael R. Fanning, as Chief Executive Officer*;
and INTERNATIONAL UNION OF OPERATING ENGINEERS,
LOCAL UNION NO. 17, *by Mark N. Kirsch,*            **Case Number:**
*as Business Manager*,

                                                                 **05-CV 1385**
                                   Plaintiffs,      **(NAM/GHL)**

    vs.

BDR INC. and RAYMOND ZYLINSKI,
*Individually and as an Officer of BDR Inc.*,

                                   Defendants.
_____

    [X] Decision by Court.  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED**, that the plaintiffs' motion for default judgment is granted in plaintiffs' favor and against defendants, in the sum of $13,861.35, the sum of which is $12,915.43 plus $452.74 in interest from December 5, 2006, through May 13, 2008, and $493.18 in liquidated damages.

    All of the above pursuant to an Order of the Chief United States District Court Judge, Norman A. Mordue, dated June 2, 2008.

**Dated: June 3, 2008**                **Lawrence K. Baerman, Clerk**

                                                        **s/**

                                  **Marie N. Marra**, Deputy Clerk